```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                   :

BARRY NEMHARD,                        :

                      Plaintiff,         :          1:25-cv-73-GHW

                                 :
                    -v-                  :          <u>ORDER</u>
                                 :

NEW YORK CITY OFFICE OF CHILD    :
SUPPORT,                             :
                                 :
                      Defendant       :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On April 24, 2025, Defendant filed a motion to dismiss the complaint. Dkt. No. 8. Plaintiff's opposition is due no later than May 26, 2025. If the Court does not receive an opposition from Plaintiff by May 26, 2025, the Court will understand that Plaintiff does not wish to file an opposition and will treat Defendant's motion to dismiss as unopposed. Defendant's reply, if any, is due no later than fourteen days following the date of service of Plaintiff's opposition. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

        SO ORDERED.

Dated: April 29, 2025
         New York, New York                        _____
                                                                 GREGORY H. WOODS
                                                             United States District Judge