**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BARRY NEMHARD,

                        Plaintiff,

      -against-                                    25 **CIVIL** 0073 (GHW)

                                                                **JUDGMENT**

NEW YORK CITY OFFICE OF CHILD
SUPPORT,

                       Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 06, 2025, Plaintiff's 1983 Claim is dismissed with prejudice; Plaintiff's claims arising under state law are dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. Judgment is entered in favor of the Defendant and the case is closed.

**Dated:**  New York, New York

       October 8, 2025

                                                                  **TAMMI M. HELLWIG**

                                                                     **Clerk of Court**

                                          **BY:**

                                                                      **Deputy Clerk**